**No. 46427.**—Protests 714427–G, etc., of Amtorg Trading Corp. (New York).

Opinion by WALKER, J. It was stipulated that certain of the dogskins in question are similar to those the subject of *Brachman* v. *United States* (5 Cust. Ct. 153, C. D. 389). In accordance therewith the protests were sustained as to those items.